1  **ANTONIO F. YOON**
   California Bar No. 163961
2  501 W. Broadway, Suite A-387
   San Diego, California 92101
3  Telephone: (619) 544-0021

4  Attorney for Mr. Ramirez

FILED

2006 OCT 11  AM 11: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>**NIMROD RAMIREZ,** 　　 )<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>　　　Defendant. 　　　　 )<br>_____ ) | Criminal No. 06CR0284-H<br><br>**ORDER EXONERATING<br>CRIMINAL BOND AND RECONVEYANCE OF<br>TRUST DEED** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the criminal bond be exonerated and the following real property, located at 4241-4245 Altadena Avenue, San Diego, CA 92115, be released and reconveyed to Raquel Navia at 1772 Bristol Ct.. Bonita, CA 91902.

**SO ORDERED**.

Dated: _10/10/06_

_____
HONORABLE MARILYN L. HUFF

**ANTONIO F. YOON**
California State Bar Number 163961
501 W. Broadway, Suite A-387
San Diego, California 92101
Telephone: (619) 544-0021

Attorney for Mr. Ramirez

FILED

2006 OCT 11  AM 11: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. **06-0284-H** |
| ) | |
| Plaintiff,  ) | **DECLARATION IN SUPPORT OF** |
| ) | **ORDER TO EXONERATE BOND** |
| v.  ) | |
| ) | |
| **NIMROD RAMIREZ,** ) | |
| ) | |
| Defendant.  ) | |

1.    I, Antonio F. Yoon,  represent the defendant in his criminal case.

2.    On August 28, 2006, the government moved to dismiss all charges against the defendant.  The motion was granted by the court and bond was exonerated on the record..

Further I state not.

Dated: October 3, 2006

_____
ANTONIO F. YOON, Declarant

- 2 -